## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 8th day of March, 2006, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the party listed below in the manner indicated.

**VIA FIRST CLASS U.S. MAIL**

*Dorris Cleaning*
Attn:   President/CEO
598 West College Street
Greenbrier, TN 37073

　　　　　　　　　　　　　　　　　　　　　　　Mary E. Augustine (No. 4477)

619603v1